IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| WARD EVANS, | § | |
| | § | |
| Defendant Below, | § | No. 409, 2020 |
| Appellant, | § | |
| | § | |
| v. | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID No. 88K01678DI |
| Plaintiff Below, | § | |
| Appellee. | § | |

## ORDER

This 29th day of January 2021, it appears to the Court that, on December 14, 2020, the Court entered an order denying appellant's motion to proceed *in forma pauperis*. Appellant was ordered to pay the required filing fee by December 28, 2020, or else his appeal would be dismissed without further notice. The Court later granted Appellant's request for an extension of time to pay the filing fee and ordered Appellant to pay the filing fee no later than January 15, 2021. Appellant failed to pay the filing fee as ordered; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, pursuant to Supreme Court Rules 3(b)(2) and 29(b), that the within appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice